J. R. CROUSE and Louisa J. Crouse, Debtors, Appellants, v. R. A. DOUGHTON and T. C. Bowie, Trustees, Appellees.

No. 3872.

Circuit Court of Appeals, Fourth Circuit.

Oct. 22, 1935.

George Cheek, of Sparta, N. C., for appellants.

Carlisle W. Higgins, of Greensboro, N. C., for appellees.

PER CURIAM.

Appeal dismissed, on motion of appellees.

Mrs. Gertrude W. DAVIDSON, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 3873.

Circuit Court of Appeals, Fourth Circuit.

June 20, 1935.

John C. Ristine and J. Robert Sherrod, both of Washington, D. C., for petitioner.

Frank J. Wideman, Asst. Atty. Gen., Sewall Key and John J. Pringle, Jr., Sp. Assts. to Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, and Arthur H. Fast, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of Board of Tax Appeals affirmed.

William R. DAVIS v. Harry Lee TOWNSEND et al.

No. 1308.

Circuit Court of Appeals, Tenth Circuit.

Oct. 30, 1935.

Warwick M. Downing, of Denver, Colo., for appellant.

Lewis & Grant, of Denver, Colo., for appellees.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellant.